IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>    Plaintiff,<br><br>  v.<br><br>CDCR, et al.,<br><br>    Defendants. | No. 2:22-CV-0444-DAD-DMC-P<br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On November 8, 2022, the Court issued findings and recommendations that this action be dismissed for Plaintiff's failure to pay the filing fees for this action as ordered by the District Judge. See ECF No. 10. Plaintiff has filed objections to the findings and recommendations in which he requests additional time to secure a cashier's check for the filing fees. See ECF No. 11. Good cause appearing therefor, the November 8, 2022, findings and

///
///
///
///
///
///

1

recommendations are vacated and Plaintiff is granted additional time to pay the filing fees. Plaintiff shall pay the filing fees within 30 days of the date of this order.

        IT IS SO ORDERED.

Dated:  December 15, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE