UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　　Defendants. | No. 2:22-cv-00444-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 13) |

　　　　Plaintiff Ciron B. Springfield is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 6, 2022, court denied plaintiff's motion to proceed *in forma pauperis* and ordered plaintiff to pay the required $402.00 filing fee in order to proceed with this action. (Doc. No. 7.) Plaintiff was warned in the order that his failure to pay the filing fee in full would result in the dismissal of this action without prejudice. (*Id.* at 2.) Despite receiving a 30-day extension of time in which to comply with the court's order (*see* Doc. No. 12), to date, plaintiff has not paid the required filing fee or otherwise communicated with the court.

　　　　Accordingly, on February 15, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with court orders. (Doc. No. 13.)

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 15, 2023 (Doc. No. 13) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with the court's orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 17, 2023**

UNITED STATES DISTRICT JUDGE

2